UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KENNETH ROY** | **CASE NO. 22-cv-4259** |
| -vs- | **JUDGE DRELL** |
| **STATE FARM FIRE & CASUALTY CO, ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 17), noting the absence of objections thereto, concurring with the Magistrate Judge's findings under the applicable law; it is

ORDERED that the Motion to Dismiss Without Prejudice (Doc. 15) is GRANTED, and that plaintiff's claims against defendant State Farm Fire & Casualty Co., State Farm General Insurance Co., and State Farm Mutual Automobile Insurance Co. be DISMISSSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this 19TH day of July 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT